THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LAWRENCE FORD, Appellant

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD LENNOX, Appellant

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.